IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No.:

SANDRA COMPTON,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES,
LLC and I.C. SYSTEM, INC.,

    Defendants.
_____/

___

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORGANGE COUNTY, FLORIDA
CIVIL DIVISION

SANDRA COMPTON,

    Plaintiff,                                  Case No.: 2012-CA-7927
                                                    DIV: 39

v.

PORTFOLIO RECOVERY ASSOCIATES,
LLC and I.C. SYSTEM, INC.,

    Defendants.
_____/

## NOTICE OF REMOVAL

TO THE CLERK OF THE COURT:

    Kindly file the attached Petition of Defendant, I.C. SYSTEM, INC. ("Defendant"), for removal to the United States District Court for the Middle District of Florida of record in the above above-captioned matter.

    Pursuant to 28 U.S.C. 1446(d), "the State court shall proceed no further unless and until the case is remanded."

Respectfully submitted by:

/s/ Dale T. Golden
Dale T. Golden, Esq.
Florida Bar No.: 094080
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609
Telephone No.: 813-251-5500
Facsimile: 813-251-3675
dgolden@gsgfirm.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email to Dawn Austin Hulbert at dmitchell@ForThePeople.com and mgraves@forthepeople.com, and Robert E. Sickles at rsickles@hinshawlaw.com and knovak@hinshawlaw.com on this 11th day of February, 2014.

/s/ Dale T. Golden
**GOLDEN SCAZ GAGAIN, PLLC**
Dale T. Golden, Esquire
FBN: 0094080
201 North Armenia Avenue
Tampa, Florida 33609
Phone: 813-251-5500
Fax: 813-251-3675
Email: dgolden@gsgfirm.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No.:

SANDRA COMPTON,

    Plaintiff,

6-14-CV-242-ORL-18GJK

v.

PORTFOLIO RECOVERY ASSOCIATES,
LLC and I.C. SYSTEM, INC.,

    Defendants.
_____/

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORGANGE COUNTY, FLORIDA
CIVIL DIVISION

SANDRA COMPTON,

    Plaintiff,                              Case No.: 2012-CA-7927
                                                    DIV: 39

v.

PORTFOLIO RECOVERY ASSOCIATES,
LLC and I.C. SYSTEM, INC.,

    Defendants.
_____/

### NOTICE AND PETITION FOR REMOVAL

    **TO:** The Honorable Judges of the United States District Court for the Middle District of Florida.

    COMES NOW, Defendant and Petitioner for removal, I.C. SYSTEM, INC. ("Defendant" or "Petitioner"), and with reservation of all rights, hereby removes from the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, the proceeding entitled and captioned:

Page 1 of 4

<u>Sandra Compton v. Portfolio Recovery Associates LLC and I.C. System, inc., Case No.: 2012-CA-7927, Division 39</u>, on the basis of federal question jurisdiction.

The Petition is based on the following grounds:

1. Defendants/Petitioners, have been named as a Defendant in a civil action brought against them in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, the proceeding entitled and captioned: <u>Sandra Compton v. Portfolio Recovery Associates LLC and I.C. System, inc., Case No.: 2012-CA-7927, Division 39</u>. A copy of the Complaint served in that action, in addition to all process and pleadings served upon Defendant/Petitioner, are attached hereto as Composite Exhibit "A".

2. The aforesaid action was commenced by service of process consisting of the Summons and Complaint, upon the Defendant/Petitioner on June 6, 2012.

3. On September 4, 2013, Plaintiff filed a Motion for Leave to Amend Complaint. In her Motion for Leave, Plaintiff sought leave to amend her complaint to assert a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et. seq.* ("FDCPA").

4. On February 5, 2014, an Order was entered Granting Plaintiff's Motion for Leave to Amend Complaint.

5. On February 10, 2014, Plaintiff filed her Amended Complaint. Counts V and VI of Plaintiff's Amended Complaint are brought under the FDCPA.

6. In light of Plaintiff's newly asserted FDCPA claims, the controversy herein between the Plaintiff and Defendant/Petitioner is a controversy based upon consumer protection right created by and enforced through federal statutes, 15 U.S.C. § 1692, *et seq.*, entitled the Fair Debt Collection Practices Act.

7. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one that may be removed to this Court by the Defendant/Petitioner pursuant to the provisions of 28 U.S.C. § 1441(c), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

8. This Petition for Removal is filed with this Court within thirty (30) days after service on Defendant/Petitioner of the Amended Complaint in the above-styled action which is the pleading from which it may first be ascertained that the case is one which is or has become removable and is, therefore, timely pursuant to 28 U.S.C. § 1446(b).

WHEREFORE Defendant respectfully requests that the above entitled action be removed from the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, to the United States District Court for the Middle District of Florida for all further proceedings.

Respectfully submitted by:

/s/ Dale T. Golden
**GOLDEN SCAZ GAGAIN, PLLC**
Dale T. Golden, Esquire
FBN: 0094080
201 North Armenia Avenue
Tampa, Florida 33609
Phone: 813-251-5500
Fax: 813-251-3675
Email: dgolden@gsgfirm.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 11th, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Dale T. Golden
Dale T. Golden, Esquire
FBN: 0094080