### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SANDRA COMPTON,

        Plaintiff,

v.                                       **Case No:  6:14-cv-242-Orl-18GJK**

PORTFOLIO RECOVERY
ASSOCIATES, LLC and I.C. SYSTEMS,
INC.,

        Defendants.

_____

### ORDER

On May 22, 2014 the parties filed a joint stipulation for dismissal with prejudice as to defendant PORTFOLIO RECOVERY ASSOCIATES (Doc. No. 29).  Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** as to PORTFOLIO RECOVERY ASSOCIATES only with prejudice.  Each party to bear their own attorney's fees and costs.  Clerk of the Court is directed to terminate the defendant.

**DONE AND ORDERED** at Orlando, Florida, this _____ day of May, 2014.

                                         G. KENDALL SHARP
                    SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record