# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SANDRA COMPTON,

     Plaintiff,                          Case No.: 6:14-cv-242-Orl-18GJK

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC and I.C. SYSTEM,
INC.,

     Defendants.

_____/

## DEFENDANT'S NOTICE OF PENDING SETTLEMENT

COMES NOW, Defendant I.C. SYSTEMS, INC. ("Defendant"), by and through its undersigned counsel, pursuant to Local Rule 3.08(a), and hereby gives notice that Plaintiff and Defendant parties have reached an agreement for settlement, and are in the process of finalizing the settlement agreement.

Dated: June 19, 2014

Respectfully submitted by:

/s/ Benjamin W. Raslavich
Benjamin W. Raslavich, Esquire
Florida Bar No.: 0102808
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609
P: (813) 251-5500
F: (813) 251-5500
braslavich@gsgfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 19, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/ Benjamin W. Raslavich</u>
Benjamin W. Raslavich, Esquire
Florida Bar No.: 0102808