UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANDRA COMPTON,

    Plaintiff,                                    Case No.: 6:14-cv-242-Orl-18GJK

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC and I.C. SYSTEM,
INC.,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, the Parties in the above styled action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), having amicably resolved all matter in controversy, and hereby jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

    Respectfully submitted by:

| | |
|---|---|
| s/David P. Mitchell | /s/ Benjamin W. Raslavich |
| **DAVID P. MITCHELL, ESQ.** | **BENJAMIN W. RASLAVICH, ESQ.** |
| Florida Bar No. 067249 | Florida Bar No. 0102808 |
| DMitchell@forthepeople.com | braslavich@gsgfirm.com |
| MORGAN & MORGAN, P.A. | GOLDEN SCAZ GAGAIN, PLLC. |
| One Tampa City Center | 201 North Armenia Avenue |
| 201 N. Franklin Street, 7th Floor | Tampa, Florida 33609 |
| Tampa, Florida 33602 | Telephone: (813) 251-5500 |
| Telephone: (813) 223-5505 | Facsimile: (813) 251-3675 |
| Facsimile: (813) 223-5402 | **Attorneys for Defendant** |
| **Attorneys for Plaintiff** | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2nd, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

   s/David P. Mitchell
**DAVID P. MITCHELL, ESQ.**
Florida Bar No. 067249