UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANDRA COMPTON,

    Plaintiff,

v.                              Case No: 6:14-cv-242-Orl-18GJK

PORTFOLIO RECOVERY
ASSOCIATES, LLC and
I.C. SYSTEMS, INC.,

    Defendant.

## ORDER

On October 2, 2014 the parties filed a joint stipulation for dismissal (Doc. No. 33). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. Each party to bear their own attorney's fees and costs.

**DONE AND ORDERED** at Orlando, Florida, this _____ day of October, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record